```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/21/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**PARANEE SARIKAPUTAR, ET AL.,**

      **Plaintiffs,**

  -against-          **19-cv-11168 (ALC)**

**VERATIP CORP.,** *d/b/a Thai NY Restaurant*, **ORDER**
**ET AL.,**

      **Defendants.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

  Plaintiffs filed their Complaint on December 5, 2019. ECF No. 1. On September 30, 2020 the Court denied Defendants' letter motion for a pre-motion conference and ordered defendants to submit a proposed briefing schedule for Defendants' motion to dismiss. ECF Nos. 46, 48. The parties subsequently submitted, and the Court so ordered a briefing schedule with the opening brief due on November 2, 2020, an opposition brief due on November 30, 2020 and a reply brief due on December 14, 2020. ECF Nos. 49-50. The parties complied with the deadlines for the opening and opposition briefs. ECF Nos. 51-53. However, to date, Defendants have not filed a reply brief.

  Therefore, it is hereby **ORDERED**, that the parties must, no later than January 11, 2021, show cause in writing as to why Defendants' motion to dismiss should not be deemed fully briefed.

**SO ORDERED.**

**Dated: December 21, 2020**
    **New York, New York**

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**