USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/7/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PARANEE SARIKAPUTAR, ET AL.**

                     **Plaintiffs,**

-against-

**VERATIP CORP.,** *d/b/a Thai NY Restaurant*, **ET AL.,**

                     **Defendants.**

---

**1:19-cv-11168 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On December 28, 2020, Counsel for Defendants filed a letter advising the Court that Defendant Adidsuda Chunton filed for bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code. ECF No. 55. The Court hereby directs Plaintiff to state their position regarding the propriety of staying this action pursuant to 11 U.S.C. § 362.

**SO ORDERED.**

Dated: January 7, 2021
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**