USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/11/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**PARANEE SARIKAPUTAR, ET AL.**

                      **Plaintiffs,**

        **-against-**

**VERATIP CORP.,** *d/b/a Thai NY Restaurant,* **ET AL.,**

                      **Defendants.**

**1:19-cv-11168 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 28, 2020, Counsel for Defendants filed a letter advising the Court that Defendant Adidsuda Chunton filed for bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code. ECF No. 55. The Court directed Plaintiff to state their position regarding the propriety of staying this action pursuant to 11 U.S.C. § 362. ECF No. 56. Plaintiff responded by stating that a stay is only appropriate as to Defendant Chunton and that they are in the process of attempting to lift the stay. ECF No. 57.

Accordingly, the Court hereby ORDERS that all proceedings in this action are stayed as to Defendant Chunton. The parties are hereby ORDERED to submit a joint status report by March 12, 2021 advising on the status of the automatic stay.

**SO ORDERED.**

Dated: January 11, 2021
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**