USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  03/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARANEE SARIKAPUTAR, ET AL. <br><br> **Plaintiffs,** <br><br> -against- <br><br> VERATIP CORP., *d/b/a Thai NY Restaurant*, ET AL., <br><br> **Defendants.** | **1:19-cv-11168 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On December 28, 2020, Counsel for Defendants filed a letter advising the Court that Defendant Adidsuda Chunton filed for bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code. ECF No. 55. The Court directed Plaintiffs to state their position regarding the propriety of staying this action pursuant to 11 U.S.C. § 362. ECF No. 56. Plaintiffs responded by stating that a stay is only appropriate as to Defendant Chunton and that they were in the process of attempting to lift the stay. ECF No. 57. Accordingly, on January 11, 2021, the Court ordered that all proceedings in this action were stayed as to Defendant Chunton. ECF No. 58.

On March 12, 2021, the Court received a letter from Plaintiffs' counsel informing the Court that, on February 9, 2021, the Bankruptcy Court for the Eastern District of New York issued an order (the "Bankruptcy Court Order") granting Plaintiffs relief from the automatic stay. *See* ECF No. 59 (enclosing order). Plaintiffs' position is that the "instant matter can proceed against all Defendants," including Defendant Chunton. The Court has examined the Bankruptcy Court Order, and it indeed appears that the automatic stay was "vacated" under section 362(d) of the Bankruptcy Code to "permit [this case] to proceed against [Defendant] Chunton, for the purpose of determining any amount of [Plaintiffs'] claims against [Defendant Chunton]." ECF

No. 59-1. Accordingly, the Court modifies the automatic stay as to Defendant Chunton pursuant to the Bankruptcy Court Order.

## CONCLUSION

For the reasons stated above, the stay imposed as to Defendant Chunton is modified pursuant to the Bankruptcy Court Order, and Plaintiffs may prosecute their claims as to Defendant Chunton as indicated.

**SO ORDERED.**

Dated: March 16, 2021
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**