UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/19/2022

**SARIKAPUTAR, ET AL.,**

                        **Plaintiffs,**

          -against-

**VERATIP CORP., ET AL.,**

                        **Defendants.**

**19-cv-11168 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court Conference:

- Plaintiffs are **GRANTED** leave to file a motion for conditional collective class certification.
- The Court will refer the motion to Magistrate Judge Stewart D. Aaron who will also preside over general pretrial matters.
- The Court will dismiss Defendants Chardenpong Oonapanyo and Ah Di from Plaintiffs' Complaint without prejudice.

In follow-up from the Conference:

- **October 26, 2022:** The parties are ordered to file a Joint Status Report advising on the status of Defendant Adidsuda Chunton's bankruptcy proceedings.
- **November 2, 2022**: The Plaintiffs will request Certificates of Default as to the non-appearing Defendants in this action.

**SO ORDERED.**

Dated:    October 19, 2022
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**