```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARIKAPUTAR, *et al.*,

                            **Plaintiffs,**

-against-

VERATIP CORP., *et al.*,

                            **Defendants.**

19-CV-11168 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the Court's telephonic conference held on April 9, 2024, the Court hereby grants Plaintiff leave to file request to file their anticipated discovery motions.

**SO ORDERED.**

Dated:  April 10, 2024
          New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**