USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paranee Sarikaputar, et al.,

                Plaintiffs,

-against-

Veratip Corp., et al.,

                Defendants.

1:19-cv-11168 (ALC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Thursday, April 25, 2024, at 11:30 a.m. EST to discuss the status of this action, including any anticipated motions. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            April 11, 2024

_____
STEWART D. AARON
United States Magistrate Judge