**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Paranee Sarikaputar, et al.,**

                                        **Plaintiffs,**

                    **-against-**

**Veratip Corp., et al.,**

                                        **Defendants.**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__07/19/2024_

**1:19-cv-11168 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference and upon consideration of the parties' submissions and exhibits thereto (*see* Joint 7/13/24 Status Report, ECF No. 104; Defs.' 7/16/24 Opp'n Ltr., ECF No. 106; Pls.' Reply Ltr., ECF No. 107; Defs.' Sur-Reply Ltr., ECF No. 108), Plaintiffs' request to compel a "collective name list pursuant to the So Ordered Stipulation from May 3, 2024 [ECF No. 95]" pursuant to ¶ 2(A) of the Stipulation for Plaintiffs' Motion for Conditional Collective Certification (ECF No. 95 and the "Stipulation"), which is contained in the Joint 7/13/24 Status Report, is DENIED AS MOOT, based on (1) the fact that ¶ 2(A) of the Stipulation requires Defendants to only supply a collective name list "if any is in Defendants' possession[,]" and (2) the representations by the Individual Defendants, Adidsuda Chunton and Gift Rakowski, and by counsel for Defendants during today's proceedings, attesting that such information is not within their possession, custody, or control. (*See* Defs.' 7/16/24 Opp'n Ltr. at 1; Chunton Aff., ECF No. 106-1; Rakowski Aff., ECF No. 106-2.)

Plaintiffs' additional request for sanctions, pursuant to Rule 37 of the Federal Rules of Civil Procedure, in the form of costs to disseminate notice pursuant to ¶ 19 of the Stipulation (*see* Pls.' 7/18/24 Reply Ltr. at 1), is DENIED, as (1) ¶ 19 of the Stipulation operates only in the event

where Defendants failed to supply information ostensibly within their possession, custody or control, which they have averred such information is not, and (2) based on its ruling herein, the Court in its discretion finds that Defendants have neither contravened a prior Order of the Court, nor failed to comply with a discovery obligation.

No later than Friday, August 16, 2024, the parties shall file a joint status letter apprising the Court on the status of the case.

**SO ORDERED.**

Dated:      New York, New York
            July 19, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2