**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/12/2024__
```

Paranee Sarikaputar, et al.,

                                    Plaintiffs,

        -against-

Veratip Corp., et al.,

                                    Defendants.

1:19-cv-11168 (ALC) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

        For the reasons stated on the record during today's telephone conference, the deadline to complete discovery has closed. However, in order to protect the interests of Defendant Gift Rakowski ("Rakowski"), no later than Tuesday, November 19, 2024, Plaintiffs shall apprise the Court by letter filed to the ECF docket whether they intend to dismiss claims against Rakowski, and if so, file an appropriately executed Stipulation of Dismissal. In the event that Plaintiffs intend to proceed with claims against Rakowski, no later than Tuesday, November 26, 2024, Defendants shall serve up to four interrogatories limited to Rakowski's liability, to which all nine of the Plaintiffs shall respond, under oath, no later than Friday, December 27, 2024.

**SO ORDERED.**

Dated:        New York, New York
              November 12, 2024

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge