```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/27/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARIKAPUTAR, et al., *Plaintiffs* v. VERATIP CORP., et al,. *Defendants* | 19-cv-11168 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to appear at a telephonic pretrial conference on **Monday, December 9, 2024 at 3:00 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#). The Parties shall be prepared to discuss the upcoming trial, including but not limited to: the expected length of trial, the Parties' availability, and any anticipated motions in limine.

**SO ORDERED.**

**Dated:  November 27, 2024**
       New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**