USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/10/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SARIKAPUTAR, et al.,**

*Plaintiffs*

v.

**VERATIP CORP., et al,.**

*Defendants*

**19-cv-11168 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up from the December 9, 2024 telephonic conference, the Court advises the Parties of the following deadlines and dates ahead of the trial in this case:

- January 3, 2025:  Joint Pretrial Order due;
- February 6, 2025:  Motions in limine, proposed voir dire, and proposed jury instructions due;
- February 13, 2025:  Oppositions to motions in limine due;
- February 20, 2025:  Final pretrial conference at 2:30 p.m. in Courtroom 1306 before Judge Andrew L. Carter, Jr.
- February 24, 2025:  Jury selection and commencement of trial at 10 a.m. in Courtroom 1306 before Judge Andrew L. Carter, Jr.

**SO ORDERED.**

**Dated:  December 10, 2024**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**