UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARIKAPUTAR, et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>VERATIP CORP., et al,.<br><br>*Defendants* | 19-cv-11168 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On December 10, 2024, the Parties were ordered to submit a Joint Pretrial Order on January 3, 2025. ECF No. 124. The Parties failed to do so. The Parties are **ORDERED** to submit a Joint Pretrial Order on January 24, 2025. The other deadlines set in the Court's December 10 scheduling order remain unchanged.

**SO ORDERED.**

**Dated: January 16, 2025**
      New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**