MEMO ENDORSED   Case 1:19-cv-11168-ALC-SDA   Document 127   Filed 01/24/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/24/2025__

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

January 23, 2025

*Via* **ECF**
Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:   Joint Request for Extension of Time to File Joint Pre-Trial Order**
*Sarikaputar et al v. Veratip Corp.*, No. 19-cv-11168 (ALC), (S.D.N.Y.)

Your Honor,

This office represents the Plaintiffs in the above-referenced matter. We write jointly and respectfully with Defendants to respectfully request a one-week adjournment in the submission of the Joint Pre-Trial Order from **January 24, 2025** to **January 31, 2025**. This the parties' first request and the short extension of time would not prejudice either party.

The reason for the request is as follows: this week, Aaron B. Schweitzer, who is the main attorney handling the case, is on a week-long jury trial in the Middle District of Florida. While we initially anticipated that the trial would end today, it appears that the jury trial is being continued till Friday if not through the following Monday. Given this turn of events, we seek additional time to allow the parties sufficient time to review and finalize the Joint Pre-Trial draft.

Plaintiffs thank the court for their time and consideration in the above-mentioned matter.

Respectfully submitted,
TROY LAW, PLLC
*/s/ Tiffany Troy*
Tiffany Troy
*Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
*TT/mh*

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 24, 2025
New York, NY

The Court GRANTS the Parties' request to submit their Joint Pretrial Order on January 31, 2025. Given the filing delays to date, the Court orders the additional changes to the deadlines set out in its December 10, 2024 (ECF No. 124) order:

- March 6, 2025: Motions in limine, proposed voir dire, and proposed jury instructions due;
- March 13, 2025: Oppositions to motions in limine due;
- April 9, 2025: Final pretrial conference at 2:30 p.m. in Courtroom 1306 before Judge Andrew L. Carter, Jr.
- April 14, 2025: Jury selection and commencement of trial at 10 a.m. in Courtroom 1306 before Judge Andrew L. Carter, Jr.