MEMO ENDORSED   Case 1:19-cv-11168-ALC-SDA   Document 130   Filed 03/14/25   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/14/2025__



**LAW OFFICE OF Z. TAN PLLC**

39-07 PRINCE STREET, SUITE 3B
FLUSHING, NEW YORK 11354
T: 718.886.6676  F: 718.679.9122
info@ncny-law.com

February 23, 2025

*Via ECF*

Honorable Andrew L. Carter, USDJ
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 1306
New York, NY 10007

    Re:   Sarikaputar et al. v. Veratip Corp. et al. (Index No. 1:19-cv-11168-ALC)

Dear Judge Carter:

    We represent the defendants, J AKIRA LLC, ADIDSUDA CHUNTON, EXCEL RESTAURANT GROUP CORP., LUCKY CHARM 6365 CORP., and PROSPERITY 89 CORP ("Defendants"), in the above subject action. I write to request a short adjournment of the trial. On February 19, 2025, I emailed Plaintiffs seeking Plaintiffs' consent to the proposed adjournment, but still have not received their response. This is the first time that Defendants request an adjournment of the trial.

    On December 10, 2024, this Court entered into an order that the jury trial should start on February 14, 2025. I immediately informed my clients and scheduled a time for trial preparation during the week of February 17, 2025.

    On January 27, 2025, this Court entered into another order that the said jury trial be adjourned to April 14, 2025. Again, I immediately informed my client via text. However, my client contacted me on February 17, 2025 concerning the said jury trial, upon which we realized that my client had never received the text concerning the trial adjournment to April 14, 2025.

    The defendant Chunton informed the undersigned immediately that she would not be available during the week of April 14, 2025 because her family has plans for college visits for their daughter. That is the spring break for all schools in long island, where Plaintiff Chunton lives. This would be the only opportunities for her family to visit colleges without having to miss significant time from school. Needless to say, college visits are very important to the Chunton family.

    In addition, I also have plans to visit my son's future college in Texas during the spring break. Even though it will be during one of the weekends and theoretically will not affect the trial, I prefer a short adjournment of the trial to avoid unnecessary disruption of trial preparation, especially in light of my client's similar circumstances.

Accordingly, Defendants respectfully request a shortly adjournment of the jury trial. Defendants will be available any time between April 22, 2025 and June 20, 2025. Thank you for your time and consideration.

    Respectfully Submitted

    /s/ Bingchen Li
    Bingchen Li (BL4750)

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

March 14, 2025
New York, NY

The Court GRANTS Defendants' request for an adjournment of the trial in this case. The Court shall enter new trial dates soon.