UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARIKAPUTAR, et al.

                Plaintiffs,

     -against-

VERATIP CORP, et al.

                Defendants.

19-cv-11168 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby sets the following deadlines and dates ahead of the upcoming trial (to be held June 9–June 13, 2025) in this case:

- May 26, 2025: Motions in limine, proposed voir dire, and proposed jury instructions due;
- June 2, 2025: Oppositions to motions in limine, if any, due;
- June 5, 2025: Final pretrial conference at 2 p.m. in Courtroom 444, 40 Foley Square, New York, NY 10007, before Judge Andrew L. Carter, Jr.;
- June 9, 2025: Jury selection and commencement of trial at 10 a.m. in Courtroom 444 before Judge Andrew L. Carter, Jr.

SO ORDERED.

Dated:   April 2, 2025
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**