```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/29/2025
```

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW

Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

May 27, 2025

<u>*Via* ECF</u>
Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Joint Request for Extension of Time to File Voir Dire and Jury Instructions**
       *Sarikaputar et al v. Veratip Corp.*, No. 19-cv-11168 (ALC), (S.D.N.Y.)

Your Honor,

    This office represents the Plaintiffs in the above-referenced matter. We write jointly and respectfully with Defendants to respectfully request a three-day extension to file the Proposed Voir Dire and Jury Instructions from **May 27, 2025** to **May 30, 2025**. The parties will make every effort to get it in sooner rather than later. This is the parties' second request for extension of time (the previous involved an extension of time concerning the Joint Pre-Trial Order in January 2025) and we sincerely apologize that this cuts into the Court's time before the Final Pre-Trial Order to review the materials but the additional time will allow the parties time to work together to submit the required joint neutral paragraph and some breathing room.

    The reason for the extension request is that the Plaintiffs' counsel's office has been very busy preparing for a week-long jury trial which involved multiple languages (English, Chinese, Korean, and Spanish) that was set to begin on May 27, 2025 before it was settled right before the Memorial Day weekend. We understand that this is not a proper excuse but assure that the Court that the short extension of time will allow the parties to line up the jury materials in such a way that will require less editorial guidance from the Court.

    Plaintiffs thank the court for their time and consideration in the above-mentioned matter.

                                                 Respectfully submitted,
                                                 TROY LAW, PLLC
                                                 <u>*/s/ John Troy*</u>
                                                 John Troy
                                                 *Attorney for Plaintiffs*

cc:   via ECF
     all counsel of record
*JT/mh*

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

                                                 May 29, 2025
                                                 New York, NY