UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARIKAPUTAR, et al.,

*Plaintiffs*

v.

VERATIP CORP., et al,.

*Defendants*

19-cv-11168 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court sets forth the following remaining deadlines and relevant dates ahead of the upcoming trial in this case:

- June 2, 2025:  Oppositions to motions in limine, if any, due;
- June 5, 2025:  Final pretrial conference at 2 p.m. in Courtroom 444, 40 Foley Square, New York, NY 10007 before Judge Andrew L. Carter, Jr.;
- June 9, 2025:  Commencement of trial at 10 a.m. in Courtroom 444 before Judge Andrew L. Carter, Jr.

This order supersedes the Court's April 2, 2025 order setting forth the trial schedule.

SO ORDERED.

Dated:  May 30, 2025
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**