UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
PARANEE SARIKAPUTAR,
PEDRO COJ CUMES,
PHOUVIENGSONE SYSOUVONG
    a/k/a Tukta Phouviengsone,
SUPUNNEE SUKASAWETT,
WIPAPORN SITTIDEJ,
VINAI PATAN,
PHAISIT SIRIMATRASIT,
CHAICHANA KITTIRONNAKORNKUL
    a/k/a Kay Kittironnakornkul, and
SUPATRA WUNGMARN,
*on behalf of themselves and others similarly situated,*
                           Plaintiffs,

                 v.

VERATIP CORP.
    d/b/a ThaiNY Restaurant,
NINETY-NINE PLUS CORP.
    d/b/a ThaiNY Restaurant,
J AKIRA LLC
    d/b/a Tom Yum
    d/b/a M-Thai,
EXCEL RESTAURANT GROUP CORP.
    d/b/a Charm's,
THAINY RESTAURANT LLC
    d/b/a M Thai,
9999 MIDTOWN CORP.
    d/b/a Thai Rice and Noodle,
PROSPERITY 89 CORP.
    d/b/a Thais New York,
LUCKY CHARM 6365 CORP
    d/b/a Thais New York,
OPULENT RESTAURANT CORPORATION
    d/b/a Thais New York,
PERAPONG CHOTIMANENOPHAN
    a/k/a Peter Chotimanenophan, and
ADIDSUDA CHUNTON
    a/k/a Amy Chunton,
                           Defendants.
------------------------------------------------------------------ x

Case No. 19-cv-11168 (ALC) (SDA)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

On June 27, 2025, Defendants EXCEL RESTAURANT GROUP CORP. d/b/a Charm's, J AKIRA LLC d/b/a Tom Yum d/b/a M-Thai, LUCKY CHARM 6365 CORP d/b/a Thais New York, PROSPERITY 89 CORP. d/b/a Thais New York, and ADIDSUDA CHUNTON a/k/a Amy Chunton ("Judgment Defendants") served upon Plaintiffs PARANEE SARIKAPUTAR, PEDRO COJ CUMES, PHOUVIENGSONE SYSOUVONG a/k/a Tukta Phouviengsone, SUPUNNEE SUKASAWETT, WIPAPORN SITTIDEJ, VINAI PATAN, PHAISIT SIRIMATRASIT, CHAICHANA KITTIRONNAKORNKUL a/k/a Kay Kittironnakornkul, and SUPATRA WUNGMARN ("Plaintiffs") an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (annexed hereto as **Exhibit A**).

Now, within fourteen (14) days of service of said offer, Plaintiffs hereby serve notice of their acceptance of said Offer of Judgment and the terms set forth therein, in accordance with Rules 68 and 54 of the Federal Rules of Civil Procedure. Plaintiffs respectfully request that the Clerk enter judgment in accordance with the terms set forth in Judgment Defendants' Offer of Judgment.

Dated: New York, NY
June 30, 2025

Respectfully submitted,

Aaron B. Schweitzer
TROY LAW, PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
(718) 762-1324
*Attorney for Plaintiffs*