**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
PARANEE SARIKAPUTAR,
PEDRO COJ CUMES,
PHOUVIENGSONE SYSOUVONG
    a/k/a Tukta Phouviengsone,
SUPUNNEE SUKASAWETT,
WIPAPORN SITTIDEJ,
VINAI PATAN,
PHAISIT SIRIMATRASIT,
CHAICHANA
KITTIRONNAKORNKUL
    a/k/a Kay Kittironnakornkul, and
SUPATRA WUNGMARN,
*on behalf of themselves and others similarly situated,*
                        Plaintiffs,

                v.

VERATIP CORP.
    d/b/a ThaiNY Restaurant,
NINETY-NINE PLUS CORP.
    d/b/a ThaiNY Restaurant,
J AKIRA LLC
    d/b/a Tom Yum
    d/b/a M-Thai,
EXCEL RESTAURANT GROUP CORP.
    d/b/a Charm's,
THAINY RESTAURANT LLC
    d/b/a M Thai,
9999 MIDTOWN CORP.
    d/b/a Thai Rice and Noodle,
PROSPERITY 89 CORP.
    d/b/a Thais New York,
LUCKY CHARM 6365 CORP
    d/b/a Thais New York,
OPULENT RESTAURANT CORPORATION
    d/b/a Thais New York,
PERAPONG CHOTIMANENOPHAN
    a/k/a Peter Chotimanenophan, and
ADIDSUDA CHUNTON
    a/k/a Amy Chunton,
                    Defendants.
---------------------------------------------------------------- x

Case No. 19-cv-11168 (ALC) (SDA)

**[PROPOSED]** **JUDGMENT**

**The Honorable Andrew L. Carter, Jr, United States District Judge:**

WHEREAS pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants EXCEL RESTAURANT GROUP CORP. d/b/a Charm's, J AKIRA LLC d/b/a Tom Yum d/b/a M-Thai, LUCKY CHARM 6365 CORP d/b/a Thais New York, PROSPERITY 89 CORP. d/b/a Thais New York, and ADIDSUDA CHUNTON a/k/a Amy Chunton ("Judgment Defendants"), having offered to allow judgment to be taken against them on consent, and in favor of Plaintiffs PARANEE SARIKAPUTAR, PEDRO COJ CUMES, PHOUVIENGSONE SYSOUVONG a/k/a Tukta Phouviengsone, SUPUNNEE SUKASAWETT, WIPAPORN SITTIDEJ, VINAI PATAN, PHAISIT SIRIMATRASIT, CHAICHANA KITTIRONNAKORNKUL a/k/a Kay Kittironnakornkul, and SUPATRA WUNGMARN ("Plaintiffs") in this action for a sum of twelve thousand dollars ($12,000.00), including attorney fees, expenses, and costs to the date of the Offer (the "Judgment Amount"); and

WHEREAS the Offer was made for the purposes specified in Rule 68, and is not to be construed as an admission that the Defendants are liable in this action or that Plaintiffs suffered any damage; and

WHEREAS the Offer expressly excluded from among the Judgment Defendants, Defendants VERATIP CORP. d/b/a ThaiNY Restaurant, NINETY-NINE PLUS CORP. d/b/a ThaiNY Restaurant, THAINY RESTAURANT LLC d/b/a M Thai, 9999 MIDTOWN CORP. d/b/a Thai Rice and Noodle, OPULENT RESTAURANT CORPORATION d/b/a Thais New York, and PERAPONG CHOTIMANENOPHAN a/k/a Peter Chotimanenophan (the "Other Defendants");

THEREFORE, Plaintiffs, by and through counsel, on having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated June 27, 2025, and the matter having come before this Court, the Court now renders its Order, that the Clerk should enter judgment

dismissing the case against the Judgment Defendants in accordance with the acceptance of the Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. It is hereby:

**ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in the Offer of Judgment, and Acceptance of the Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Clerk shall enter Judgment in favor of Plaintiffs and against Judgment Defendants in the amount of twelve thousand dollars ($12,000.00), including attorneys' fees and costs now accrued, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and it is further

**ORDERED, ADJUDGED, AND DECREED** that if any amounts remain unpaid upon expiration of ninety (90) days following the issuance of the Judgment, or ninety (90) days after expiration of time to appeal and no appeal is then pending, whichever is later, the total amount of the Judgment shall automatically increase by fifteen percent (15%), as required by N.Y. Lab. L. § 198(4); and it is further

**ORDERED, ADJUDGED, AND DECREED** that should Judgment Defendants satisfy their obligation to deliver the Judgment Amount to Plaintiffs' counsel within five (5) business days of the entry of Judgment, Plaintiffs' counsel shall file a Notice of Satisfaction of Judgment with this Court, within five (5) calendar days of Plaintiffs' counsel's receipt of the Judgment Amount.

**IT IS SO ORDERED.**

Dated: July 1, 2025
    New York, NY

    **Andrew L. Carter, Jr**
    **United States District Judge**